IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAURICE L. WHYTE,** | : | |
|     Plaintiff | : | |
| | : | No. 1:21-cv-00318 |
| v. | : | |
| | : | (Judge Kane) |
| **CENTRE COUNTY** | : | |
| **CORRECTIONAL FACILITY,** | : | |
|     Defendant | : | |

## ORDER

**AND NOW**, on this 9th day of April 2021, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Defendant's motion to dismiss (Doc. No. 3) is **GRANTED**;

2. The complaint (Doc. No. 1) is **DISMISSED** for failure to state a claim upon which relief may be granted. Plaintiff's claims against CCCF, claims pursuant to Title VII of the Civil Rights Act, 42 U.S.C. § 2000e-2, and claims pursuant to the Second and Fifth Amendments are **DISMISSED WITH PREJUDICE**. Any other constitutional claims that Plaintiff may wish to pursue against individual defendants are **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to pursue such claims in Civil Action 1:21-cv-124. Plaintiff may not file an amended complaint in the above-captioned action; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned case.

                                                               s/ Yvette Kane
                                                               Yvette Kane, District Judge
                                                               United States District Court
                                                               Middle District of Pennsylvania